IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

STEPHANIE KAYLOR-TRENT,              )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )   No.  11-3332
                                      )
JOHN C. BONEWICZ, P.C.,               )
                                      )
    Defendant.                        )

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This cause is before the Court on Plaintiff Stephanie Kaylor-Trent's Motion for Writ of Execution (d/e 42) and Defendant John C. Bonewicz, P.C.'s Motion for Entry of Satisfaction of Judgment Pursuant to Federal Rule of Civil Procedure 69 (d/e 41).  Because Bonewicz has satisfied the judgment, Bonewicz's Motion (d/e 41) is GRANTED and Kaylor-Trent's Motion (d/e 42) is DENIED.

I.  ANALYSIS

In its March 13, 2013 Opinion, this Court found that Bonewicz was entitled to credit toward the federal judgment for the $7,346.08 turned over on Kaylor-Trent's behalf to a third-party creditor pursuant to a state court order.  The Court, however, directed the parties to file supplemental briefs addressing the $ 0.01 discrepancy in the amount paid by Bonewicz and the amount of the judgment, whether any interest is owed on the judgment, and the type of relief the Court has the power to grant Bonewicz in the event the Court finds the judgment satisfied.

On March 15, 2013, Bonewicz filed a supplemental memorandum (d/e 48) addressing the issues raised by the Court.  First, Bonewicz explained that the $ 0.01 discrepancy was an inadvertent mistake by Bonewicz which had been remedied.  Second, Bonewicz calculated the interest owing at $ 0.82.  Bonewicz attached to the memorandum a receipt documenting that Kaylor-Trent's attorney received $ 0.83– the $ 0.01 discrepancy and the $ 0.82 in interest–on March 15, 2013. Finally, Bonewicz asked that the Court compel Kaylor-Trent or her

counsel, pursuant to 735 ILCS 5/12-183(b), to execute and file a satisfaction of judgment.

On March 20, 2013, Kaylor-Trent filed her supplemental memorandum (d/e 49). In her memorandum, Kaylor-Trent stated that she disagreed with the findings of the Court in its March 13, 2013 Opinion for the reasons stated in her Response to Defendant's Motion for Entry of Satisfaction of Judgment. Kaylor-Trent further stated she had nothing to add in support of the brief already submitted.

In light of the additional information provided by Bonewicz, and for the reasons stated in the Court's March 13, 2013 Opinion, the Court finds that Bonewicz has satisfied the judgment. Pursuant to Federal Rules of Civil Procedure 69(a)(1) and 735 ILCS 5/12-183, the Court directs Kaylor-Trent to execute and file a satisfaction of judgment on or before April 5, 2013.

## II.  CONCLUSION

For the reasons stated, Plaintiff Stephanie Kaylor-Trent's Motion for Writ of Execution (d/e 42) is DENIED and Defendant John C.

Bonewicz, P.C.'s Motion for Entry of Satisfaction of Judgment (d/e 41) is GRANTED.  Kaylor-Trent is DIRECTED to execute and file a satisfaction of judgment on or before April 5, 2013.

ENTER: March 28, 2013

FOR THE COURT:

                                              s/Sue E. Myerscough
                                              SUE E. MYERSCOUGH
                                  UNITED STATES DISTRICT JUDGE